UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK SUPINGER, | No. 2:15-cv-01192-KJM-GGH |
| Plaintiff, | |
| v. | ORDER |
| PLEASANTON FITNESS, LLC, | |
| Defendant. | |

This matter is before the undersigned pursuant to Local Rule 302(c)(21). On January 19, 2016, the court continued the hearing on plaintiff's motion to compel (ECF No. 12) to February 25, 2016. However, on January 22, 2016, defendant filed a motion to continue that hearing because counsel is currently scheduled for jury duty. In light of defendant's request, and for good cause shown, THE COURT HEREBY ORDERS that defendant's motion to continue (ECF No. 18) is GRANTED. The hearing on plaintiff's motion to compel is continued from February 25, 2016, to March 17, 2016, at 9:00 a.m in Courtroom 9.

The undersigned notes that discovery cutoff in this case is April 28, 2016. Therefore, any orders issued in connection with this hearing may well be expedited.

Dated: January  29, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

/GGH17; supi1192.cont