UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK SUPINGER,<br><br>Plaintiff,<br><br>v.<br><br>PLEASANTON FITNESS, LLC,<br><br>Defendant. | No. 2:15-cv-01192-KJM-GGH<br><br><br><br>ORDER |

On February 16, 2016, defendant filed a notice of settlement signed by both parties.

Accordingly, IT IS ORDERED that:

1. Dispositional papers shall be filed within twenty-one (21) days of this order. E.D. Local Rule 160; and

2. The March 17, 2016, hearing scheduled for plaintiff's motion to compel, ECF No. 12, is vacated.

Dated: February 17, 2016

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

/supi1192.dispo

1